IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WENDY CHERAMIE and
ERNEST CHERAMIE                                                                              PLAINTIFFS

VS.                                                       CIVIL ACTION NO. 3:06cv317-HTW-JCS

CHARLIE E. SUMRALL and MISSISSIPPI
FARM BUREAU INSURANCE                                                                  DEFENDANT

### ORDER

This cause is before the court on Plaintiff's motion to substitute a party.

Defendants do not oppose the motion, and the court concludes that it should be granted.

Accordingly, it is hereby ordered that Eddy D. Busby, Executor of the Estate of Charles E. Sumrall, Deceased, is hereby substituted in the place of Charlie E. Sumrall.

SO ORDERED this the 29th day of September, 2006.

/s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE