# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**WENDY CHERAMIE and**
**ERNEST CHERAMIE** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 3:06CV317WA**

**ESTATE OF CHARLES SUMRALL,**
**Eddy Busby, Executor; MISSISSIPPI**
**FARM BUREAU CASUALTY INSURANCE**
**COMPANY and AMERICAN NATIONAL**
**PROPERTY CASUALTY** **DEFENDANTS**

## ORDER

This matter came before the court on the Defendants' Motion for Extension of Time and for Modification of Case Management Order and Defendant Eddy Busby's Motion for Waiver of Medical Privilege of Wendy Cheramie.  The Motion for Extension of Time cannot be granted as requested, as the motion deadline would be so close to the date for the pretrial conference as to prevent full consideration of any dispositive motions prior to that date.  The requested extensions of the expert deadlines will be granted, and the discovery and motion deadlines extended somewhat.  If the parties cannot complete discovery and file motions within the allotted time, they may stipulate that no dispositive motions will be entered, seek permission from the District Judge to file late motions, or seek a continuance of the trial date.  Busby's Motion is unopposed, and it will be granted, consistent with the terms described in the Exhibits to their Motion.

IT IS, THEREFORE, ORDERED that the Defendants' Motion for Extension of Time and for Modification of Case Management Order is hereby **granted** in part and **denied** in part, and the Case Management Plan Order previously entered in this matter is hereby amended, as follows:

1. The Plaintiff shall designate experts on or before May 19, 2007.

2. The Defendants shall designated experts on or before June 19, 2007.

3. The discovery deadline is July 2, 2007.

4. The motion deadline is July 16, 2007.

IT IS FURTHER ORDERED that the Defendant Eddy Busby's Motion for Waiver of Medical Privilege of Wendy Cheramie is hereby **granted**, consistent with the terms described in the Exhibits to the Motion.

IT IS SO ORDERED, this the 9th day of March, 2007.

                                                S/Linda R. Anderson
                                    UNITED STATES MAGISTRATE JUDGE